UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LORI REYES                                                                                    PLAINTIFF

v.                                          No. 2:19-CV-02009

BOSTON SCIENTIFIC CORPORATION                                                DEFENDANT

## ORDER

The parties have filed a joint motion (Doc. 55) to dismiss this case without prejudice. The parties represent that they have reached a settlement. The Court considers dismissal on these terms proper.

IT IS THEREFORE ORDERED that the parties' motion (Doc. 55) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 14th day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE